IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Martin, Shelia L | Case Number: 07 B 14771 |
| | Judge: Squires, John H |
| Printed: 12/28/07 | Filed: 8/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 7, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,000.00 | |
| Secured: | | 832.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 114.00 |
| Trustee Fee: | | 54.00 |
| Other Funds: | | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 478.00 | 114.00 |
| 2. | TWG Funding XVII LLC | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 7. | Great American Finance Company | Secured | 3,500.00 | 132.00 |
| 8. | CitiFinancial Auto Credit Inc | Secured | 18,117.00 | 700.00 |
| 9. | City Of Chicago | Secured | 1,500.00 | 0.00 |
| 10. | City Of Chicago | Secured | 900.00 | 0.00 |
| 11. | TWG Funding XVII LLC | Secured | 3,000.00 | 0.00 |
| 12. | Saxon Mortgage Services Inc | Secured | 2,500.00 | 0.00 |
| 13. | Option One Mortgage Corp | Secured | 12,000.00 | 0.00 |
| 14. | Capital One | Unsecured | 522.67 | 0.00 |
| 15. | RMI/MCSI | Unsecured | 100.00 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 463.76 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 218.52 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 1,174.00 | 0.00 |
| 19. | Capital One | Unsecured | 366.23 | 0.00 |
| 20. | Capital One | Unsecured | 505.11 | 0.00 |
| 21. | Professional Account Management | Unsecured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | AFNI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Martin, Shelia L

Printed: 12/28/07

Case Number:  07 B 14771
Judge:  Squires, John H
Filed:  8/15/07

|  |  |
|---|---|
| _____ | _____ |
| $ 45,345.29 | $ 946.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.00 |
|  | _____ |
|  | $ 54.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____